E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CLAIRE E. KELLY (Cal. Bar No. 306086)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3868
    Facsimile: (213) 894-3713
    E-mail:    Claire.Kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 21-551-FMO |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING DATE |
| v. | |
| LOUIS ANTHONY ALVARO, | **SENTENCING DATE:** **February 23, 2023** |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for Continuance of Sentencing Date, filed on November 11, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing date in this matter as to defendant LOUIS ANTHONY ALVARO.

///

///

///

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The sentencing date as to defendant LOUIS ANTHONY ALVARO is continued from December 1, 2022, to February 23, 2023, at 11:00 a.m.

IT IS SO ORDERED.

| November 14, 2022 | /s/ |
|---|---|
| DATE | HONORABLE FERNANDO M. OLGUIN<br>UNITED STATES DISTRICT JUDGE |

Presented by:

/s/
CLAIRE E. KELLY
Assistant United States Attorney